UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
EZRASONS, INC.,
                         Plaintiff,
               -against-                               21 Civ. 3165 (LGS)

THE TRAVELERS INDEMNITY COMPANY,        ORDER

                        Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial and pre-motion conference is scheduled for June 17, 2021.  Dkt. No. 9.

    WHEREAS, on June 3, 2021, the parties filed a joint letter stating their intentions to file cross-motions for summary judgment and proposing a briefing schedule.  Dkt. No. 8.

    WHEREAS, the parties filed pre-motion letters in anticipation of their motions for summary judgment.  Dkt. Nos. 11 and 12.  It is hereby

    **ORDERED** that the initial pre-motion conference is **CANCELLED**.  It is further

    **ORDERED** that the parties shall brief their proposed motions for summary judgment according to the following schedule:

- By **August 13, 2021**, Defendant shall file its Opening Brief;
- By **October 8, 2021**, Plaintiff shall file its Opening/Responsive Brief;
- By **November 12, 2021**, Defendant shall file its Responsive/Reply Brief; and
- By **November 26, 2021**, Plaintiff shall file its Reply Brief.

Each party is limited to fifty (50) pages of briefing in total.  The parties may allocate the page numbers as they deem appropriate, so long as no party exceeds the fifty-page limit.  The parties shall otherwise comply with the Court's Individual Rules, and if in effect, the Emergency Individual Rules and Practices in light of COVID-19.

Dated: June 16, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE