**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EZRASONS, INC.,

                        Plaintiff,

      -against-                                        21 **CIVIL** 3165 (LGS)

## JUDGMENT

THE TRAVELERS INDEMNITY CO.,

                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2022, Plaintiff's motion is denied, and Defendant's motion is granted.

**Dated:** New York, New York

       March 14, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                                  **BY:**

                                                           **Deputy Clerk**