UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EZRASONS INC.,<br><br>　　　　Plaintiff,<br>　　　　　　v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>　　　　Defendant. | Civil Action No.: 21-cv-03165 (LGS)<br><br>~~(PROPOSED)~~<br>ORDER OF JUDGMENT |

**THIS MATTER**, having been brought before the Court on a Complaint filed by Ezrasons, Inc. ("Plaintiff") against The Travelers Indemnity Company ("Defendant") before the Supreme Court of the State of New York, County of New York, seeking declaratory judgment and damages arising out of a breach of contract involving an insurance policy that Defendant issued to Plaintiff; Defendant having removed the action to this Court upon grounds of diversity jurisdiction; this Court having granted summary judgment in favor of Defendant; and the United States Court of Appeals for the Second Circuit having vacated the summary judgment in favor of Defendant and remanded this matter to the Court for entry of judgment in favor of Plaintiff, it is hereby,

**ORDERED, ADJUDGED AND DECREED:**

1. Defendant must pay Plaintiff $350,000 for Plaintiff's loss of insured goods under Defendant's insurance policy;

2. Defendant must pay Plaintiff $1,813.60 for court costs that the United States Court of Appeals for the Second Circuit awarded to Plaintiff on February 1, 2024;

3. Defendant must pay Plaintiff pre-judgment interest on $355,000 at the rate of 9% _per annum_, for the period from December 17, 2019 until February 27, 2020, for a total of $6,302.47;

4. Defendant must pay Plaintiff pre-judgment interest on $350,000 at the rate of 9% per annum, for the period from February 27, 2020 to February 27, 2024, for a total of $126,086.30 in interest;

5. In sum, Defendant must pay Plaintiff a combined monetary award of items 1 through 4 above of $484,202.37; and

6. Defendant must pay Plaintiff post-judgment interest on the combined monetary award of $484,202.37, at the rate provided for in 28 U.S.C. § 1961, to accrue from the date of this judgment through the date that Defendant pays the combined monetary award of $484,202.37.

Dated: ~~February 27, 2024~~
February 29, 2024

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE